UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOSHRA MORTAZAVIZANJANI ) | |
| ELHAMOSADAT ALAVIFOUMANI ) | |
| **Plaintiffs** ) | |
| vs. ) | CASE NO: |
| ) | |
| ) | HONORABLE JUDGE: |
| ) | |
| ) | MAGISTRATE JUDGE: |
| **Alejandro Mayorkas,** Secretary of ) | |
| the Department of Homeland Security, ) | MTL 2017 75 7002 |
| **Antony J. Blinken,** Secretary of State. ) | |
| ) | |
| **Defendants.** ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

**NOW COME,** the Plaintiffs BOSHRA MORTAZAVIZANJANI and ELHAMOSADAT ALAVIFOUMANI and by and through their attorney, The Law Offices of Reza Baniassadi, P.C., and respectfully move the Honorable Court to enter an order directing the Defendants, Mr. Alejandro Mayorkas, Secretary of the Department of Homeland Security, and Mr. Antony J. Blinken, the Secretary of State, to complete the adjudication of the Plaintiffs' BOSHRA MORTAZAVIZANJANI's immigrant Petition and Elhamosadat Alavifoumani's Immigrant Visa Application. In support of said request, the Plaintiffs state as follows:

### I. JURISDICTION AND VENUE

1. This is a civil action brought, pursuant to 8 U.S.C. section 1329, and 28 U.S.C. sections 1331 and 1361, to redress the deprivation of rights, privileges and immunities secured to the Plaintiffs, by which the statutory jurisdiction is conferred, and to compel the Defendants to perform a duty that they owe to the Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. Section 704.

1

2. Venue is also proper under 28 U.S.C. Section 1391(b), because the Defendants are the Secretary of Department of Homeland Security, which oversees the operation of the U.S. Citizenship and Immigration Services (hereinafter referred to as the USCIS), and the Secretary of State, who is acting as an agent for the USCIS in this matter, respectively. Both are agencies of the United States Government with the Secretary of the Department of Homeland Security having an office located at 101 W. Ida B. Wells, Chicago, Illinois.

## II. PARTIES

1. The Plaintiff, BOSHRA MORTAZAVIZANJANI, is a United States Citizen. The Plaintiff, Elhamosadat Alavifoumani, is the beneficiary of an approved Alien Relative Petition (Form I-130) filed by her biological mother, BOSHRA MORTAZAVIZANJANI. Elham is a Canadian citizen, has been residing in Canada. She appeared for her immigrant visa interview at the US Consulate post in Montreal, Canada, on or about August 21, 2018. (*See* the attached Exhibit A).

2. The Defendant, Mr. Alejandro Mayorkas, is the Secretary of the Department of Homeland Security. As such, he is charged with the duty of administration and enforcement of all the functions, power and duties of the United States Citizenship and Immigration Services (herein referred to as" USICS"). The Defendant, Mr. Antony J. Blinken, is the Secretary of State which through its consulate offices in Montreal, Canada, has been acting as the agent for the Department of Homeland Security and the USCIS in this matter.

## III. CLAIM FOR RELIEF

1. The Plaintiff, Elhamosadat Alavifoumani, is the beneficiary of an approved Petition for Alien Relative (Form I-130), filed by her United States citizen mother, BOSHRA

2

MORTAZAVIZANJANI. The USCIS approved said petition. Pursuant to said approval, the USCIS scheduled, and Elhamosadat Alavifoumani appeared for her Immigrant Visa interview at the U.S. Consulate post in Montreal, Canada, on or about August 21, 2018. (*See* the attached Exhibit A). The Consulate Processing case number is MTL2017 75 7002.

2. Following her interview, the Defendant, the Secretary of State, through its consulate post in Montreal, Canada, requested the Plaintiff, Elhamosadat Alavifoumani , to submit a DNA test, which she and her mother, the petitioner, promptly submitted on or about September 26, 2018. (*See* the attached Exhibit B).

3. After submission of the DNA tests and numerous follow up inquiries, the Consulate post requested the Plaintiff to update her DS-260 record in September 2021. The Plaintiff updated her record on September 9, 2021. (*See* the attached Exhibit C).

4. However, the US Consulate Post refused the Plaintiff's Immigrant Visa Application and placed Ms. Alavifoumani's Immigrant Visa Application on Administrative Processing on December 2, 2021. (*See* the attached Exhibit D).

5. Subsequently, the Plaintiffs made numerous inquiries and requests upon the Defendant, the Department of State, through its consulate post in Montreal, Canada, concerning the final adjudication of said Immigrant Visa application. Said inquiries and requests have not been successful, and her Immigrant Visa Application remains pending, and its adjudication is still incomplete.

6. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying a decision on the Plaintiff's Immigrant Visa application, and they have failed to complete the adjudicative functions delegated to them by the laws of the United States with regard to said Application.

7. More than hundred one Hundred Eighty (180) days has passed since the Consulate General received its requested documents from the Plaintiffs and the Defendants have failed to render a final decision on the Plaintiff's immigrant visa application.

8. Plaintiffs have exhausted any administrative remedies that might exist and was available to them. It seems that the Defendants will not complete the adjudication process of said petition without the intervention of this Honorable Court.

**WHEREFORE**, the Plaintiffs, BOSHRA MORTAZAVIZANJANI and Elhamosadat Alavifoumani pray that the Honorable Court:

A. Compel the Defendants, the Department of Homeland Security, the Department of State, and those acting under their authorities and directions, to perform their duties and complete the final processing and adjudication of the Plaintiff's Immigrant Visa Application.

B. Grant the Plaintiffs their reasonable attorney's fees and costs associated with this action.

C. Grant them such other and further relief as this Honorable Court deems to be just and reasonable under the circumstances.

                                        Respectfully submitted,
                                        BOSHRA MORTAZAVIZANJANI &
                                        Elhamosadat Alavifoumani

                                        */s/ Reza Baniassadi*
                                        Reza Baniassadi
                                        Attorney for Plaintiffs

Reza Baniassadi
The Law Offices of Reza Baniassadi, P.C.
180 North LaSalle Street,
Suite 1921
Chicago, IL 60601

(312) 201-1210